# Order

Michigan Supreme Court
Lansing, Michigan

July 24, 2012

144918

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TOD KEVIN HOUTHOOFD,
     Defendant-Appellant.

SC: 144918
COA: 307411
Saginaw CC: 02-021097-FH

_____/

On order of the Court, the application for leave to appeal the January 17, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012 _____

t0716

_____
Clerk